IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2006 JUL 12 PM 2: 35
CLERK S. McCarthy
SO. DIST. OF GA.

| | |
|---|---|
| EVERETT HUNTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 106-58 |
| ) | |
| AUGUSTA RICHMOND COUNTY ) | |
| SHERIFF'S DEPARMENT and ) | |
| HEATHER SCHLAGENHAUSER, ) | |
| ) | |
| Defendants. ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. The complaint in this case is **DISMISSED** and this civil action is **CLOSED**.

SO ORDERED this 12th day of July, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE